UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAMILA SHORTT,

                Plaintiff,                               **ORDER**
                                                                     25-CV-6282
      -against-                                                   (Merchant, J.)
                                                                     (Marutollo, M.J.)

ACCENT CARE,

                Defendant.
------------------------------------------------------------X

**JOSEPH A. MARUTOLLO, United States Magistrate Judge:**

On November 10, 2025, Plaintiff Jamila Shortt, appearing *pro se*, filed this action against Defendant Accent Care, alleging employment discrimination under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, and the Americans with Disabilities Act of 1990, 42 U.S.C. § 12112 *et seq.* *See* Dkt. No. 1.

On November 10, 2025, Plaintiff moved to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a). *See* Dkt. No. 2.

Plaintiff's application to proceed *in forma pauperis* is hereby granted. The Clerk of Court is directed to issue a summons against Accent Care,[1] and the United States Marshals Service is directed to serve the summons, complaint and a copy of this Order upon Accent Care without prepayment of fees. The Clerk of the Court shall also mail a copy of this Order to Plaintiff.

Dated:      Brooklyn, New York                **SO ORDERED.**
            December 9, 2025

                                                          */s/ Joseph A. Marutollo*
                                                   JOSEPH A. MARUTOLLO
                                                   United States Magistrate Judge

---

[1] It is not clear whether Daniel Rivera is named as a Defendant in this action, as he is not named in the caption of the complaint. In any event, individual employees are not liable under the federal employment discrimination statutes, *see Cayemittes v. City of New York Dep't of Hous. Pres. & Dev.*, 641 F. App'x 60, 61-62 (2d Cir. 2016); *Cherry v. Toussaint*, 50 F. App'x 476, 477 (2d Cir. 2002), therefore, the Court shall only direct service upon the employer, Accent Care.